Argued December 20, affirmed December 20, 1972

STATE OF OREGON, *Respondent, v.* GERALD
LEE AUSTIN (No. C 72-06-1925 Cr),
*Appellant.*
503 P2d 1258

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*John H. Clough,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on the
brief were Lee Johnson, Attorney General, and John
W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORN-
TON, Judges.

AFFIRMED FROM THE BENCH.